184 So. 908

**R. L. HOLCOMBE v. J. Russell McELROY, as Circuit Judge.**

I Div. 37.

Supreme Court of Alabama.

Oct. 31, 1938.

William Bekurs, of Mobile, for petitioner.

PER CURIAM.

Rule nisi denied.

181 So. 914

**T. JOSEPH v. BIRMINGHAM TRUST & SAVINGS CO., Trustee.**

6 Div. 246.

Supreme Court of Alabama.

May 10, 1938.

C. J. Griffith, David J. Davis, and Erle Pettus, all of Birmingham, for appellant.

Lange, Simpson & Brantley, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

180 So. 894

**R. G. KILGORE (Farmers Gin Co.) v. Ollie AUSTIN.**

6 Div. 216.

Supreme Court of Alabama.

April 21, 1938.

J. Chandler Burton, of Birmingham, for appellant.

London & Yancey and Fred G. Koenig, Sr., all of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

184 So. 908

**Mayfield LANGLEY v. STATE ex rel. K. V. FITE, Deputy Solicitor.**

6 Div. 325.

Supreme Court of Alabama.

Dec. 1, 1938.

PER CURIAM.

Appeal dismissed for want of prosecution.

184 So. 908

**John Lawrence LAVRETTA et al., v. FIRST NATIONAL BANK OF MOBILE, as Trustee.**

I Div. 6.

Supreme Court of Alabama.

Oct. 20, 1938.

Harry T. Smith & Caffey, of Mobile, for appellants.

PER CURIAM.

Appeal dismissed on motion of appellants.

180 So. 894

**Fletcher LORD v. CITY OF BIRMINGHAM et al.**

6 Div. 203.

Supreme Court of Alabama.

April 21, 1938.

PER CURIAM.

Appeal dismissed for want of prosecution.